FILED'06 OCT 25 14:26USDC-ORP

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

OPUS DISTRIBUTING, LLC, an Oregon limited liability company, MARIX DISTRIBUTING, LLC, an Oregon limited liability company and THE HOFFMAN GROUP, LLC, an Oregon limited liability company,

  Plaintiffs,

v.

VERTICAL DOORS, INC., a California corporation, and EBAY, INC., a Delaware corporation,

  Defendants.

Case No. 3:06-cv-1482-BR

(proposed)
**TEMPORARY RESTRAINING ORDER**

**THIS MATTER** came before the Court upon the Plaintiffs' motion for a temporary restraining order, on October 20, 2006. The Court considered the Motion and Declaration submitted by Plaintiffs and heard argument from Plaintiffs' counsel and counsel for each of the Defendants. The Plaintiffs appeared through their counsel Roy B. Thompson, appearing telephonically, and Mark Hubert, appearing in person. Also appearing in person was Drew Hoffman, who is the managing member of both Plaintiff Opus Distributing, LLC and Plaintiff The Hoffman Group, LLC. Counsel for Defendant eBay, Inc. was Jay Monahan, appearing

**Page 1 - TEMPORARY RESTRAINING ORDER** (proposed)

telephonically. Counsel for Defendant Vertical Doors, Inc. was Neil Cohen, appearing telephonically.

Counsel for eBay, Inc., stipulated that his client had been properly served, stipulated to the jurisdiction of this Court, and stipulated to this forum being the proper venue. After argument and consideration, the Court finds that Plaintiffs would be irreparably harmed without the requested Order, and it is therefore

ORDERED that Defendant eBay, Inc. shall allow Plaintiffs to post their goods for sale through eBay's e-commerce system without restraint or interference until further Order of the Court. ~~during the pendency of this Order and these proceedings~~.

It is further ORDERED that Plaintiffs will file with the clerk of the court security in the amount of $0 (no bond required).

DATED: October 25th, 2006

_____
The Honorable Garr M. King
United States District Judge

Prepared and submitted by:
Mark S. Hubert, OSB 98256
**MARK S. HUBERT, P.C.**
MarkHubert@pacifier.com
516 SE Morrison, Suite 1200
Portland, OR 97214
Telephone:   503-234-7711
Facsimile:   503-224-0092
    and
Roy B. Thompson, OSB 82501 (Trial Attorney)
**THOMPSON ✦ BOGRÁN, P.C.**
e-mail: ThompsonBogran@comcast.net
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Facsimile:   503-244-8399
    Attorneys for Plaintiffs

**Page 2 - TEMPORARY RESTRAINING ORDER (proposed)**